COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-157-CV

K-7 ENTERPRISES, L.P.
 
APPELLANT

V.

TOM D. JESTER, JR., PAUL M. HAYWOOD, APPELLEE
S

AHMED ELMADHOUN, AND BILL ELMADHOUN
 

 
 

----------

FROM THE 158
TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL A:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  September 27, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.